

**IN THE
TENTH COURT OF APPEALS**

No. 10-16-00226-CR

**MARTIN K. EDWARDS,**

Appellant

v.

**THE STATE OF TEXAS,**

Appellee

**From the 52nd District Court
Coryell County, Texas
Trial Court No. 15-23103**

## ORDER

Martin K. Edwards was convicted of online solicitation of a minor. Denton B. Lessman was appointed counsel for Edwards on appeal. We have now received a motion to substitute counsel requesting this Court to substitute Christopher Goldsmith for Denton Lessman as counsel for Edwards. We are not able to substitute counsel for Edwards. *See Enriquez v. State*, 999 S.W.2d 906, 908 (Tex.App. – Waco 1999, order). The trial court has the authority through the Code of Criminal Procedure to relieve Lessman

of his duties and appoint new counsel for Edwards's appeal. *Id*. Any substitution of counsel and the related costs to the county should be determined by the trial court that appointed Lessman to Edwards's criminal proceeding. *Id*.

Accordingly, we deny the motion to substitute counsel. However, Christopher Goldsmith has been added as additional counsel for Edwards in this appeal.

On December 7, 2016, Denton B. Lessman filed a motion to withdraw along with an *Anders* brief. We deny the motion to withdraw, without prejudice to the filing of a motion to withdraw in the trial court by Denton Lessman.

We abate this proceeding to the trial court for a determination of whether:

1. Edwards will continue the appeal with appointed or retained counsel;

2. In the event Goldsmith will proceed as retained counsel for Edwards, does Goldsmith intend to adopt the *Anders* brief filed by Lessman or file a motion in this Court to strike the *Anders* brief.

The trial court should conduct any necessary hearings within 30 days of the date of this Order. The supplemental clerk's and reporter's records required by the rule, if any, are ordered to be filed within 45 days of the date of this Order.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion denied
Order issued and filed December 14, 2016

